# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION
# No. 2:14-CV-56-BR

| | |
|---|---|
| **Bettie Collier, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Quintin Lee Godley, Administrator of the Estate of Tracey S. Godley, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Quintin Lee Godley, Administrator of the Estate of Tracey S. Godley, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Tracey S. Godley the following: "Quintin Lee Godley, Administrator of the Estate of Tracey S. Godley."

So ordered, this the 27th day of September, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge