# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION
#### No. 2:14-CV-56-BR

| | |
|---|---|
| **Bettie Collier, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Regina Adams Everett, Administrator of the Estate of Walter Guy Adams, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Regina Adams Everett, Administrator of the Estate of Walter Guy Adams, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Walter Guy Adams the following: "Regina Adams Everett, Administrator of the Estate of Walter Guy Adams."

So ordered, this the 27th day of September, 2018.

_____

Robert B. Jones, Jr.
United States Magistrate Judge