IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CV-56-BR

| | |
|---|---|
| Bettie Collier, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| Murphy-Brown LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Charles M. Slade, Jr., Administrator of the Estate of Eric Antonio High, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Charles M. Slade, Jr., Administrator of the Estate of Eric Antonio High, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Eric Antonio High the following: "Charles M. Slade, Jr., Administrator of the Estate of Eric Antonio High."

So ordered, this the 15th day of October, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge